| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Toyota Motor Credit Corporation |
| In Re:<br>     Hreha, Michael J.<br>     Hreha, Denise M. |

**Order Filed on April 27, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No:   14-25982 KCF

Chapter: 13

Hearing Date: April 26, 2017
Judge: Kathryn C. Ferguson

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 27, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as:

**2014 TOYOTA SIENNA, VIN: 5TDYK3DC9ES454271**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:
Michael J. Hreha
Denise M. Hreha
    Debtors

Case No. 14-25982-KCF
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 | Date Rcvd: Apr 27, 2017 |
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.
db/jdb    +Michael J. Hreha,   Denise M. Hreha,   85 Lorelei Drive,   Howell, NJ 07731-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2017 at the address(es) listed below:
      Albert   Russo   docs@russotrustee.com
      Albert   Russo (NA)   on behalf of Trustee Albert   Russo docs@russotrustee.com
      Brian E Caine   on behalf of Creditor   BANK OF AMERICA, N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
      Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Joseph I. Windman   on behalf of Joint Debtor Denise M. Hreha jwindman@aol.com
      Joseph I. Windman   on behalf of Debtor Michael J. Hreha jwindman@aol.com
      William M. E. Powers, III   on behalf of Creditor   Cenlar FSB, servicing agent for creditor Police and Firemen's System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency ecf@powerskirn.com
      William M.E. Powers   on behalf of Creditor   Cenlar FSB, servicing agent for creditor Police and Firemen's System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency ecf@powerskirn.com
      William M.E. Powers, III   on behalf of Creditor   Cenlar FSB, servicing agent for creditor Police and Firemen's System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency ecf@powerskirn.com
                                   TOTAL: 10