M. Hreha
85 Lorelei Dr.
Howell, NJ 07731

To whom it may concern,

This is a written response in opposition to the motion requesting the dismissal of my Chapter 13 case.

Enclosed please find supporting documentation of payment and statements for inheritance of two class action lawsuits for the year 2018 (one in the amount of $55 and the other in the amount of $10.07), and for three class action lawsuits for the year 2019 (Justice class actions for the following amounts $9.41, $9.41 and $9.41). The total amount for all five class actions comes to the total of $93.30. Payment in the amount of $93.30 was submitted online to my Trustee Albert Russo with supporting documentation of payment enclosed.

Respectfully submitted,

Michael Hreha
Denise Hreha

JOSEPH I. WINDMAN  
ATTORNEY AT LAW  
4400 ROUTE 9 SOUTH - SUITE 3000  
FREEHOLD, NEW JERSEY 07728  
732-780-4222     FAX 732-780-0442

May 22, 2019

Mr & Mrs Hreha  
85 Lorelei Drive  
Howell NJ 07731

### NOTICE OF DISMISSAL OF CHAPTER 13 CASE

Dear Sir/Madam:

    Notice is hereby given that your Chapter 13 Case will be dismissed due to your **failure to provide the following information** as required by your Chapter 13 Case:
1. Failure to provide Trustee with status of two class action lawsuits
2.
3.
4.

    You must deal with this matter for when your Chapter 13 Case is dismissed you will lose the protection of the Bankruptcy Stay and creditors can proceed against you and your property. This can mean foreclosure, repossession, lawsuits, judgments and wage garnishments.

    If you have been having difficulty, you may be eligible to file again a Bankruptcy Petition when your Chapter 13 Case is dismissed.

                              Very truly yours,  
                              Joseph I. Windman, Esq.

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| In re:<br><br>Michael J. Hreha<br>Denise M. Hreha<br><br><br><br>Debtor(s) |
|---|

Case No.: 14-25982 / KCF

Chapter 13

Hearing Date: 6/26/19 at 9:00 AM

Judge: Kathryn C. Ferguson

## CHAPTER 13 STANDING TRUSTEE POST-CONFIRMATION NOTICE OF MOTION TO DISMISS

Albert Russo, Standing Chapter 13 Trustee has filed papers with the court requesting the dismissal of your case or, in the alternative, for an entry of a wage order for Trustee payments.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the court to grant the order dismissing your case or the order for wage deductions by ALBERT RUSSO, TRUSTEE or if you want the court to consider your views on the motion, then seven (7) days before the scheduled hearing date of **6/26/19** at **9:00 AM** you or your attorney must:

File a WRITTEN RESPONSE in opposition to this motion explaining your position and send it to:

Clerk of the United States Bankruptcy Court
402 East State Street
Trenton, NJ  08608

and

Albert Russo, Standing Chapter 13 Trustee
CN 4853
Trenton, NJ  08650

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the hearing date stated above.

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## ALBERT RUSSO

**Counsel**
Erik D. Collazo, Esq
David A. Martin, Esq
Mary A. Krieger, Esq.

STANDING CHAPTER 13 TRUSTEE
1 AAA Drive • Suite 101
Robbinsville • New Jersey 08691-1803
Voice *(609) 587-6888*
Facsimile *(609) 587-9676*
*payments Only:*
www.russotrustee.com

*Mailing Address:*
CN 4853
Trenton, NJ 08650

*For*

PO Box 933
Memphis, TN 38101-0933

Joseph I. Windman, Esq.
4400 Route 9 South, Ste 3000
Freehold, NJ 07728

March 19, 2019

RE: Chapter 13 Case#14-25982/KCF-Hreha

Dear Counselor:

    Pursuant to the Order Confirming Chapter 13 Plan, the Debtor(s) was to turn over non-exempt proceeds from 2 Class Action Lawsuits. Debtor(s) plan expired. Please provide the Trustee with a status of the lawsuit/inheritance, in writing, to avoid a delay in the Trustee completing his administration of the above case. Thank you.

Very Truly Yours,

*Albert Russo*

Albert Russo, Standing Chapter 13 Trustee
AR/nm
Cc: Debtor(s)

Case 14-25982-KCF    Doc 55    Filed 05/31/19    Entered 05/31/19 13:29:17    Desc Main
Document      Page 5 of 11

## Make A Payment

1. Accept Terms & Conditions    2. Confirm Payment Details    **3. Payment Completed**

## Payment Complete - Confirmation

Your payment has now been submitted. Please print this page for your records.

***On the 31 May 2019, $ 94.80 will be debited from your account.***

| | |
|---|---|
| Confirmation Number: | 5898650 |
| Payer Name: | Michael Hreha |
| Payer Email Address: | ff1198@gmail.com |
| Online Payment ID: | 14259829658 |
| Albert Russo, Standing Chapter 13 Trustee: | Albert Russo |
| Payment Type: | Single Payment |
| Payment Entered Date: | 30 May 2019 |
| Payment Date: | 30 May 2019 |
| Payment Effective Date: | 31 May 2019 |
| Payment Amount: | $ 93.30 |
| Bank Processing Fee: | $ 1.50 |
| **Total Amount:** | **$ 94.80** |

*Please note, this payment will show as two separate debits to your banking account in the amounts of $ 93.30 and $ 1.50*

 Close Window     Print

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL ROUGVIE, *et al.* | : | CIVIL ACTION |
| vs. | : | NO. 15-724 |
| ASCENA RETAIL GROUP, INC., *et al.* | | |

## ORDER

**AND NOW**, this 26th day of February 2019, upon considering the parties' joint Motion for supplemental distribution (ECF Doc. No. 401), consistent with our February 12, 2019 Order (ECF Doc. No. 396), absent objection, and for good cause including specific affidavits of reasonable fees and costs expected to be incurred including a detailed estimate of the anticipated costs to prepare and mail a supplemental distribution, and mindful of the Claims Administrator's and Class Counsel's continuing obligations to the Class,[1] it is **ORDERED** the parties' joint Motion for supplemental distribution (ECF Doc. No. 401) is **GRANTED** requiring the Claims Administrator to, no later than **March 10, 2019,** pro rata distribute **$5,562,024.33** of the anticipated balance of the Settlement Fund to the 591,030 Class Members who filed affirmative claims under cover of the attached 8 ½ x 11 inch letter incorporating the check payable to the identified Class Member and affixing this Order.[2]

*[signature]*

KEARNEY, J.

---

[1] Nothing in this Order approves fees and costs beyond those approved in our February 12, 2019 Order (ECF Doc. No. 395, *also available with all Orders* at www.JusticeClassAction.com) based on the present benefit to the Class as of February 12, 2019, including addressing motions seeking distributions resolved by our February 12, 2019 Orders. We will study additional motions for costs and fees upon accounting of this supplemental distribution. *See* ECF Doc. No. 396, ¶ 6.

[2] We agree with the parties' suggestion of referencing the February 12, 2019 Order available on the settlement website but require the Claims Administrator attach a two-sided copy of this Order (with attachment) describing the Class Members' right to this supplemental distribution.

JUSTICE CLASS ACTION
CLAIMS ADMINISTRATOR
PO BOX 4199
PORTLAND OR 97208-4199



*8648750366189*
000 0000545 00000000 0001 0002 00273 INS: 0 0
MICHAEL HREHA
85 LORELEI DR
HOWELL NJ 07731-2846

| | |
|---|---|
| CHECK DATE: | MARCH 26, 2019 |
| CHECK NUMBER: | 798752 |
| CHECK AMOUNT: | $9.41 |
| TRACKING NUMBER: | 7752332 |
| CLAIM NUMBER: | 800041268 |

X2061 v.05

JUSTICE CLASS ACTION
CLAIMS ADMINISTRATOR
PO BOX 4199
PORTLAND OR 97208-4199



*8648750464865*
000 0000549 00000000 0001 0002 00275 INS: 0 0
DENISE HREHA
85 LORELEI DR
HOWELL NJ 07731-2846

| | |
|---|---|
| CHECK DATE: | MARCH 26, 2019 |
| CHECK NUMBER: | 808622 |
| CHECK AMOUNT: | $9.41 |
| TRACKING NUMBER: | 8498547 |
| CLAIM NUMBER: | 800302462 |

X2061 v.05

JUSTICE CLASS ACTION
CLAIMS ADMINISTRATOR
PO BOX 4199
PORTLAND OR 97208-4199



*8648750425721*
000 0000547 00000000 0001 0002 00274 INS: 0 0
DENISE HREHA
85 LORELEI DR
HOWELL NJ 07731-2846

| | |
|---|---|
| CHECK DATE: | MARCH 26, 2019 |
| CHECK NUMBER: | 804706 |
| CHECK AMOUNT: | $9.41 |
| TRACKING NUMBER: | 8216194 |
| CLAIM NUMBER: | 800041250 |

X2061 v.05

# Santander

## Online Banking

## Your Requested Image

Computershare/KCC
Guidotti v. Legal Helpers Debt Resolution
PO Box 404017
Louisville, KY 40233-4017

Bank of America
College Park, GA 30349-3652

54-1278
611 GA

Void after 03/05/2019

Sum Of  **FIFTY FIVE DOLLARS ONLY**

Pay To  MICHAEL HREHA

Check Number  0000307095
Check Date  12/05/2018

**$55.00**

Computershare Inc.
Authorized Paying Agent

Authorized Signature(s)

Claim #: LHG-100320678

⌐000030709⌐  ⌐061112788⌐  335 998 4773⌐

Privacy Policy
Customer Agreement & Disclosure
Accessibility
Copyright 2019 Santander Bank. All rights reserved. Equal Housing Lender - Member FDIC

https://rolb.santanderbank.com/IBSVPTN_ENS/sysophto?dse_c...

 **Online Banking**

# Your Requested Image

```
In re Sony PS3 "Other OS" Litigation
c/o GCG
PO Box 10312                    Huntington            No.    25-2/440
Dublin, OH 43017-5912           huntington.com        Date   238772
                                                             11/09/2018

Ten Dollars and 07 Cents                              ***************$10.07


Pay    MICHAEL J HREHA                                VOID AFTER 120 DAYS
To
The    85 LORELEI DR                                  Al Renj
Order  1965
Of
THIS DOCUMENT CONTAINS A BLUE BACKGROUND, MICROPRINTING AND AN ARTIFICIAL WATERMARK ON BACK - VOID IF NOT PRESENT

⑆044000024⑆ 01893527906⑈ 238772
```

Privacy Policy
Customer Agreement & Disclosure
Accessibility
Copyright 2019 Santander Bank. All rights reserved. Equal Housing Lender - Member FDIC

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Joseph I.. Windman, Esq. (JW7236)<br>4400 Route 9 South, Suite 3000<br>Freehold, New Jersey 07728<br>732-780-4222<br>Attorney for Debtor(s) | Chapter 13<br><br>Case No.: 14-25982-KCF<br><br>Hearing Date: June 26, 2019<br><br>Honorable Kathryn C. Ferguson |
| In Re:<br>Michael J. Hreha<br>Denise M. Hreha<br><br>                              Debtor(s) | CERTIFICATION OF SERVICE |

1. I, Joseph I. Windman, Attorney, represent the Debtor(s) in the above-captioned matter.

2. On May 31, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   Debtors' Correspondence Response to Trustee Post-Confirmation Motion to Dismiss regarding proceeds from Class Action Lawsuits

3. I certify under penalty of perjury that the above documents were sent using the usual mode of service indicated.

Dated: May 31, 2019

/s/ Joseph I.. Windman
Joseph I. Windman, Esq.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo, Trustee<br>CN 4853<br>Trenton NJ 08650 | Trustee | __ Hand-delivered<br>x_ Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>x_ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.