UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Michael J. Hreha  
Denise M. Hreha

Case No.: __14-25982-KCF__  
Chapter: __13__  
Judge: __Kathryn C. Ferguson__

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Michael J. Hreha and Denise M. Hreha__, __Debtors__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk: 402 East State Street  
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __July 16, 2019__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __2__, 402 East State Street, Trenton New Jersey 08608 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Confirm settlements of class action lawsuits

Pertinent terms of settlement: Class action lawsuit settlements, $55.00, $10.07, $9.41, $9.41 and $9.41, which settlement sum in the amount of $93.30 had previously been remitted to the Chapter 13 Trustee

Objections must be served on, and requests for additional information directed to:

Name: Joseph I. Windman, Esq.

Address: 4400 Route 9 South, Suite 3000, Freehold, New Jersey 07728

Telephone No.: 732-780-4222

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 14-25982-KCF
Michael J. Hreha                                                                Chapter 13
Denise M. Hreha
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 3        Date Rcvd: Jun 27, 2019
                            Form ID: pdf905          Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2019.
```
db/jdb         +Michael J. Hreha,   Denise M. Hreha,   85 Lorelei Drive,   Howell, NJ 07731-2846
515012739      +American Education Services,   PO BOX 8183,   HARRISBURG, PA 17105-8183
514965120      +American Education Services/AES,   PO Box 2461,   Harrisburg, PA 17105-2461
514965125     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,   PO Box 15019,   Wilmington, DE 19886)
514965124      +Bank of America,   PO Box 15222,   Wilmington, DE 19886-5222
514965123      +Bank of America,   PO Box 5170,   Simi Valley, CA 93062-5170
515090894      +Bank of America, N.A.,   c/o Zucker Goldberg & Ackerman,   200 Sheffied Street, Suite 301,
                Mountainside, NJ 07092-2315
514965126      +Barclays Bank,   PO Box 13337,   Philadelphia, PA 19101-3337
515166511      +CERASTES, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
514965131     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Citi Cards,   PO Box 183113,   Columbus, OH 43218)
515102285       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514965129      +Cenlar,   Central Loan Administration Reporting,   PO Box 77404,   Ewing, NJ 08628-6404
514965130      +Children's Place/Citibank,   POB 6497,   Sioux Falls, SD 57117-6497
515147707      +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
514982509     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
                PO Box 10390,   Greenville, SC 29603-0390)
514965136      +Dell Financial Services/WebBank,   PO Box 6403,   Carol Stream, IL 60197-6403
515812895       ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
515812896       ECMC,   PO Box 16408,   St. Paul, MN 55116-0408,   ECMC,   PO Box 16408,
                St. Paul, MN 55116-0408
514965137      +Exxon Mobil/Citibank,   PO Box 688940,   Des Moines, IA 50368-8940
514965142       Goodyear Credit Card Plan/Citibank,   PO Box 9025,   Des Moines, IA 50368
514968738      +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
514965145      +PNC Bank,   PO Box 747066,   Pittsburgh, PA 15274-7066
514965146      +PNC Bank,   PO Box 856177,   Louisville, KY 40285-6177
514965147      +Police & Fireman's Retirement System,   Powers Kirn LLC,   728 Marne Highway 200,
                Moorestown, NJ 08057-3128
514965148      +Police and Fireman's Retirement System,   Board of Trustees,   Powers Kirn LLC,
                728 Marne Highway 200,   Moorestown, NJ 08057-3128
515050829      +Police and Firemen's System Board of Trustees,   by its Administrative Agent, NJHMFA,
                c/o Cenlar FSB,   425 Phillips Blvd.,   Ewing NJ 08618-1430
515052570      +Police and Firemens System Bd,   Att: Powers & Kirn,   POB 848,   Moorestown, NJ 08057-0848
514965149     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,   PO Box 17187,   Baltimore, MD 21297)
514989031       Toyota Lease Trust,   PO Box 8026,   Cedar Rapids, Iowa   52408-8026
516792464       eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262
515172686       eCAST Settlement Corporation, assignee,   of Citibank (South Dakota), N.A.,   POB 29262,
                New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 28 2019 00:44:22    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 28 2019 00:44:20    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
514965127     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 28 2019 00:46:40    Capital One Bank,
               PO Box 71083,   Charlotte, NC 28272-1083
514965128     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 28 2019 00:47:14    Capital One Services,
               PO Box 30285,   Salt Lake City, UT 84130-0285
514965132     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 28 2019 00:44:06    Comenity Bank-Fashion Bug,
               PO Box 659728,   San Antonio, TX 78265-9728
514965133     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 28 2019 00:44:06
               Comenity Bank-New York & Co,   PO Box 659728,   San Antonio, TX 78265-9728
514965134     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 28 2019 00:44:06    Comenity Bank/Fashion Bug,
               PO Box 182125,   Columbus, OH 43218-2125
514965135     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 28 2019 00:44:06
               Comenity Bank/New York & Co,   PO Box 182125,   Columbus, OH 43218-2125
514965138     +E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2019 00:46:31    GECRB/Old Navy,   PO Box 103104,
               Roswell, GA 30076-9104
514965139     +E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2019 00:46:31    GECRB/Sams Club,   PO Box 103104,
               Roswell, GA 30076-9104
514965141     +E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2019 00:45:58    GECRB/TYDC,   PO Box 103104,
               Roswell, GA 30076-9104
514965140     +E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2019 00:46:32    GECRB/Toys R Us,   PO Box 103104,
               Roswell, GA 30076-9104
514965143     +E-mail/Text: bncnotices@becket-lee.com Jun 28 2019 00:43:34
               Kohl's Department Store/Capital One Bank,   PO Box 2983,   Milwaukee, WI 53201-2983
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Jun 27, 2019
                              Form ID: pdf905          Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515033178        E-mail/Text: bkr@cardworks.com Jun 28 2019 00:42:13      MERRICK BANK,
                  Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
514965144       +E-mail/Text: bkr@cardworks.com Jun 28 2019 00:42:13      Merrick Bank,   PO Box 23356,
                  Pittsburgh, PA 15222-6356
515159807        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 28 2019 00:46:11
                  Portfolio Recovery Associates, LLC,   c/o Capital One/Hsbc,   POB 41067,   Norfolk VA 23541
515178656        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 28 2019 00:46:41
                  Portfolio Recovery Associates, LLC,   c/o Exxonmobil,   POB 41067,   Norfolk VA 23541
515193741        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 28 2019 00:58:02
                  Portfolio Recovery Associates, LLC,   c/o TOYS "R"US Credit Card,   POB 41067,
                  Norfolk VA 23541
515082129        E-mail/Text: bnc-quantum@quantum3group.com Jun 28 2019 00:44:14
                  Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
516360199        E-mail/Text: bnc-quantum@quantum3group.com Jun 28 2019 00:44:14
                  Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
515177784        E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2019 00:45:58      Synchrony Bank,
                  c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
514965122*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,   PO Box 15726,   Wilmington, DE 19886)
515179995*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,   c/o Capital One/Hsbc,
                 POB 41067,   Norfolk VA 23541)
515172687*      eCAST Settlement Corporation, assignee,   of Citibank (South Dakota), N.A.,   POB 29262,
                  New York, NY 10087-9262
514965121     ##+Aurora Financial Group,   PO Box 288,   Marlton, NJ 08053-0288
                                                                                    TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2019 at the address(es) listed below:
```
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Brian E Caine    on behalf of Creditor    BANK OF AMERICA, N.A. bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph I. Windman    on behalf of Debtor Michael J. Hreha jwindman@aol.com
              Joseph I. Windman    on behalf of Joint Debtor Denise M. Hreha jwindman@aol.com
              William M. E. Powers, III    on behalf of Creditor    Cenlar FSB, servicing agent for creditor
                Police and Firemen's System Board of Trustees by its Administrative Agent New Jersey Housing and
                Mortgage Finance Agency ecf@powerskirn.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jun 27, 2019
                              Form ID: pdf905          Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        William M.E. Powers    on behalf of Creditor    Cenlar FSB, servicing agent for creditor Police and Firemen's System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Creditor    Cenlar FSB, servicing agent for creditor Police and Firemen's System Board of Trustees by its Administrative Agent New Jersey Housing and Mortgage Finance Agency ecf@powerskirn.com
                                                                                           TOTAL: 11