Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–25982–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael J. Hreha
85 Lorelei Drive
Howell, NJ 07731

Denise M. Hreha
85 Lorelei Drive
Howell, NJ 07731

Social Security No.:
   xxx–xx–9658                                                    xxx–xx–0301

Employer's Tax I.D. No.:

**FINAL DECREE**

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>November 4, 2019</u>                    <u>Michael B. Kaplan</u>
                                                           Judge, United States Bankruptcy Court